**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

---

In re: Amanda Branville | Case No. 26-32559

Debtor. | Chapter 7

---

# ORDER COMPELLING ABANDONMENT AND SHORTENING THE TIME TO OBJECT TO EXEMPTIONS

---

This matter came before the court on Debtor's motion to compel abandonment and to reduce the time period during which objections may be made for Debtor's claimed exemptions.

Based on the contents of the motion, the filings, the records, and the proceedings herein—

IT IS ORDERED:

1. The time to object to Debtor's claimed exemptions is shortened to September 11, 2026;
2. The trustee shall, immediately after that time, abandon any interest in Debtor's real property at 19650 Dover Drive, Farmington, MN 55024, and described as follows: Lot 22, Block 2, Parkview Ponds, Dakota County, Minnesota; and
3. The Clerk of Court may issue a certificate regarding the exempt property immediately after that time.

Dated: *September 8, 2026*

s/ Mychal A. Bruggeman
Mychal A. Bruggeman
United States Bankruptcy Judge