UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

Case No. 26-32559 MAB

In re:

Chapter 7

Amanda Lee Branville
*fka* Amanda Vanbogart
*fka* Amanda Ganbolgart,

Debtor.

ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY

This case is before the court on the motion of Carrington Mortgage Services, LLC, for relief from the automatic stay imposed by 11 U.S.C. § 362(a).

Based on the record, the court finds that grounds exist under 11 U.S.C. § 362(d) to warrant relief.

**IT IS ORDERED**:

1. The motion for relief from the automatic stay is granted as follows.

2. The automatic stay imposed by 11 U.S.C. § 362(a) is terminated such that the movant may exercise its rights and remedies under applicable non-bankruptcy law with respect to the following property:

   Lot 22, Block 2, Parkview Ponds
   Dakota County

3. Notwithstanding Fed. R. Bankr. P. 4001(a)(4), this order is effective immediately.

Dated: *October 22, 2026*

s/ Mychal A. Bruggeman
United States Bankruptcy Judge